*Maura Murphy-Osborne,* assistant attorney general, in opposition.

Decided November 29, 2006

STATE OF CONNECTICUT *v.* MARSHALL BROWN

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 837 (AC 27111), is denied.

*William B. Westcott,* special public defender, in support of the petition.

*Melissa Streeto Brechlin,* assistant state's attorney, in opposition.

Decided November 29, 2006

STATE OF CONNECTICUT *v.* BUNTHAN SAM

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 98 Conn. App. 13 (AC 25795), is denied.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

*Timothy H. Everett,* special public defender, in opposition.

Decided November 29, 2006

STATE OF CONNECTICUT *v.* BRIAN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 85 (AC 26098), is denied.